ACCEPTED
12-15-00171-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
10/5/2015 11:25:46 AM
Pam Estes
CLERK

# JAMES W. HUGGLER, JR.

### ATTORNEY AT LAW

Board Certified in Criminal Law
Board Certified in Criminal Appellate Law

Texas Board of Legal Specialization

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/5/2015 11:25:46 AM
PAM ESTES
Clerk

October 5, 2015

Twelfth Court of Appeals
Attn: Pam Estes, Clerk
1517 West Front Street
Suite 354
Tyler, Texas 75702

      RE:    *Hubert Benjamin v. State of Texas*
            Appeal Number:   12-15-00172-CR
            Trial Number:     007-0222-15
                              Smith County

Dear Ms. Estes:

In accordance with Rule 48.4, I certify that, I sent a copy of this Court's Opinion to Hubert Benjamin at his last known address. The attached copy of the certified mail receipt and green certified return receipt card.

If you have any questions, please feel free to contact me at any time.

Sincerely,

James W. Huggler, Jr.

JWH:ag

Enclosure:   Certified Mail Receipt
                 Green Certified Return Receipt Card

CC:         Michael West
               Smith County District Attorney's Office

               Client

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7013 2630 0000 4405 3507

Sent To  Hubert Benjamin %SCJ
Street, Apt. No.; or PO Box No.  206 E. Elm St.
City, State, ZIP+4  Tyler, TX 75702

PS Form 3800, August 2006          See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

HUBERT BENJAMIN
C/O SMITH COUNTY JAIL
206 E. ELM ST.
TYLER, TX 75702

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  Brenda V. Johnson   C. Date of Delivery  9-21-15

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7013 2630 0000 4405 3507

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540